# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00391-CV

**Michelle Kaplowitz, Appellant**

**v.**

**Lone Star Tan GP, LLC; LST Austin I, Ltd.; and Ashley Alvillar, Appellees**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 18-0550-C26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michelle Kaplowitz has filed an unopposed motion to dismiss this appeal.  We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed:  October 14, 2022